IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PAULA JACKSON,                     )
                                   )
    Plaintiff,                     )
                                   )
    v.                             )    CIVIL ACTION NO.
                                   )      2:12cv751-MHT
                                   )          (WO)
MELVIN HINES, II,                  )
individually and as agent of       )
Alabama State University;          )
THE BOARD OF TRUSTEES OF           )
ALABAMA STATE UNIVERSITY;          )
STACY L. DANLEY,                   )
individually and as agent of       )
Alabama State University; and      )
ALABAMA STATE UNIVERSITY,          )
                                   )
    Defendants.                    )
```

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion for dismissal (doc. no. 12) is granted and that this lawsuit is dismissed in its entirety with prejudice. No costs are taxed.

The court assumes that the defendants have no objection to the allowance of the dismissal; but, if they do, they must file the objection within seven days from the date of this judgment.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 18th day of October, 2012.**

                                               **/s/ Myron H. Thompson**
                                        **UNITED STATES DISTRICT JUDGE**